AO 91 (Rev. 08/09) Criminal Complaint

AUSA Barrington Wilkins 313-226-9621
Special Agent Amanda Seeger 313-215-9207

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Lamont SAPP

Case: 2:14-mj-30420
Judge: Unassigned,
Filed: 08-14-2014 At 12:49 PM
RE: LAMONT SAPP (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22nd, 2014__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 751 | Escape |

This criminal complaint is based on these facts:

On 04/22/2014 the Federal Bureau of Prisons reported that Lamont SAPP departed FCI Gilmer in West Virginia on a furlough transfer at 6:00am en route to Cherry Street Health Services, a residential re-entry center located at 11105 East Jefferson Ave Detroit, MI. Lamont SAPP was to report to the re-entry center by 9:15pm on 04/22/2014. Lamont SAPP failed to report to the re-entry center and failed to contact any law enforcement entity. Lamont SAPP's whereabouts were unknown to law enforcement arrested him on 07/09/2014 in Warren, MI for a seperate crime. On 07/10/2014 the United States Marshals Service began investigating Lamont SAPP for the federal charge of Escape.

☐ Continued on the attached sheet.

_Complainant's signature_

Deputy United States Marshal Amanda Seeger
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/14/2014

City and state: Detroit, MI

_Judge's signature_
**MAGISTRATE JUDGE DAVID R. GRAND**
_Printed name and title_

## AFFIDAVIT

I, Amanda Seeger, being duly sworn, states as follows:

## I. INTRODUCTION

1. I am a Deputy United States Marshal and have been so employed for approximately 11 years. I am currently assigned to the Detroit Fugitive Apprehension Team (DFAT). I have investigated violations of federal law, and I have conducted fugitive investigations. I have gained experience through training, seminars, classes, and daily work, to include, but not limited to, these types of investigations.

2. As a Deputy United States Marshal, I am authorized to investigate violations of the laws of the United States. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. The statements contained in this Affidavit are based on my experience and background as a Deputy United States Marshal, information provided by other Deputies, and other law enforcement officers. I have not set forth every fact resulting from this investigation; rather, I have set forth a summary of the investigation to date in order to establish that Lamont SAPP, born August 09, 1965, did escape the custody of the Federal Bureau of Prisons as described under Title 18 United States Code Section 751.

## II. BACKGROUND OF THE INVESTIGATION

4. On 04/22/2014 The Federal Bureau of Prisons (BOP) representatives reported that SAPP, LAMONT REG#32080-039 departed Federal Correction Institute ("FCI") Gilmer in West Virginia on a furlough transfer, at 6:00 a.m. on 04/22/2014, en route to Cherry Street Health Services, a residential re-entry center, located at 11105 East Jefferson Ave Detroit, MI.

5. SAPP was scheduled to report to the residential program no later than 9:15 p.m. on 04/22/2014. SAPP did not report as required, nor did he have any contact with FCI Gilmer, or the residential center.

6. On 07/09/2014 SAPP was arrested in Warren, MI on burglary charges. On 07/10/2014 the United States Marshals Service submitted a detainer requesting SAPP be held for federal prosecution on Probation Violation charges.

7. Prior to SAPP's 07/09/2014 arrest there is no evidence he had any contact with FCI Gilmer, the residential center, or any other law enforcement entity regarding his duty to report.

8. At the time SAPP failed to report he was under the custody of the Federal Bureau of Prisons stemming from a felony conviction, which resulted in a

24-month sentence. SAPP was to finish the remainder of his sentence at the residential facility located at 11105 East Jefferson Ave Detroit, MI.

### III. CONCLUSION

9. Based on the foregoing, there is probable cause to believe that Lamont SAPP was an individual in the custody of the Federal Bureau of Prisons who escaped when he failed to report to the residential re-entry center located at 11105 East Jefferson Ave Detroit, MI.

_____
Amanda Seeger
Deputy United States Marshal
United States Marshal Service

Sworn and subscribed before me this 14th day of August 2014.

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

3