

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

D-1 LAMONT M. SAPP

                Defendant.

_____/

Case:2:14-cr-20520
Judge: Leitman, Matthew F.
MJ: Whalen, R. Steven
Filed: 09-02-2014 At 03:08 PM
INDI USA V LAMONT M. SAPP (LG)

Violations:   18 U.S.C. § 751(a)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### (18 U.S.C. § 751(a) – *ESCAPE FROM CUSTODY*)

D-1 LAMONT M. SAPP

On or about April 22, 2014, in the Eastern District of Michigan, Southern Division, the defendant, LAMONT M. SAPP, did knowingly escape from custody in Cherry Street Health Services, a residential re-entry center, located at 11105 East Jefferson Avenue, Detroit, MI, an institutional facility to which he was lawfully

designated at the direction of the Attorney General by virtue of a judgment and

commitment of the United States District Court for the Eastern District of Michigan

upon conviction for the commission of theft from a federal firearms licensee, in

violation of Title 18 United States Code, Section 922(u), in violation of the Title 18,

United States Code, Section 751.


                                        THIS IS A TRUE BILL

                                        s/Grand Jury Foreperson_____
                                        GRAND JURY FOREPERSON


BARBARA L. MCQUADE
United States Attorney

s/Kevin M. Mulcahy_____
KEVIN M. MULCAHY
Assistant U.S. Attorney
Chief, General Crimes Unit

s/C. Barrington Wilkins_____
C. BARRINGTON WILKINS
Assistant U.S. Attorney

Dated: 2 SEPTEMBER 2014

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 2008  [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X☐ No | AUSA's Initials: CBW |

Case Title: USA v. **D-1   LAMONT M. SAPP**

County where offense occurred : WAYNE

**Check One:**    X☐ **Felony**    ☐ **Misdemeanor**    ☐ **Petty**

____Indictment/____Information --- no prior complaint.
**XX** Indictment/____Information --- based upon prior complaint [Case number: 14-30420]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No:                 Judge:
  ☐ Original case was terminated; no additional charges or defendants.
  ☐ Corrects errors; no additional charges or defendants.
  ☐ Involves, for plea purposes, different charges or adds counts.
  ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 2, 2014
Date

C. BARRINGTON WILKINS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9621
Fax: (313) 226-2372
E-Mail address: Barrington.wilkins@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.