UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,	Case No. 14-cr-20520
                                                               Hon. Matthew F. Leitman
v.

LAMONT M. SAPP,

    Defendant.
_____/

## **ORDER FOR SUPPLEMENTAL BRIEFING**

Defendant Lamont Sapp has filed a motion for compassionate release and/or for reduction of sentence pursuant to the First Step Act. The Court is not yet persuaded that Sapp is eligible for the relief he seeks or that the Court has the authority to grant the requested relief. The Court will offer Sapp an opportunity to submit a supplemental brief citing authority for the propositions that he is eligible for the relief he seeks and that the Court may grant it. Sapp should specifically explain how he satisfies the eligibility requirements for the relief he seeks and should cite authority (for instance, case law and statutory cites) in support of his explanation. Scott shall submit his supplemental brief by not later than **August 2, 2019**.

    **IT IS SO ORDERED.**

                                                               s/Matthew F. Leitman
                                                               MATTHEW F. LEITMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: June 27, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2019, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                                 Case Manager
                                                 (810) 341-9764