UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,       Criminal No. 14-cr-20520
                              Hon. Matthew F. Leitman

v.

LAMONT SAPP,

    Defendant.
_____/

## ORDER TO SEAL EXHIBIT # 1 MEDICAL RECORDS TO UNITED STATES' RESPONSE OPPOSING THE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (#81)

The government having moved to seal Exhibit # 1 Medical Records to United States' Response Opposing The Defendant's Motion For Compassionate Release, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Exhibit Medical Records be sealed until further Order of the Court.

                                                    /s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 2, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
