UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                           Case No.  14-cr-20520
                                             Hon. Matthew F. Leitman

v.

LAMONT M. SAPP,

     Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR COMPASSIONATE RELEASE (ECF No. 81)

On September 14, 2020, the Court held a hearing on Defendant Lamont Sapp's motion for compassionate release. (*See* Mot., ECF No. 81.)  For the reasons stated on the record during the motion hearing, Sapp's motion is **DENIED**.

**IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
Dated:  September 14, 2020          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2020, by electronic means and/or ordinary mail.

                                        s/ Holly A. Monda
                                        Case Manager
                                        (810) 341-9764